```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  JOHN S. GATSCHET
    Certified Student, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2805

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. Cr. S-02-0099 JFM
                                 )
12         Plaintiff,             )   MOTION TO DISMISS
                                 )   INFORMATION ONLY AS TO
13      v.                       )   DEFENDANT DONALD WAYNE
                                 )   JOHNSON AND ORDER
14  DONALD WAYNE JOHNSON,        )
                                 )
15         Defendant.             )
    _____)
16

17       Pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, plaintiff United States of America, by and through its

19  undersigned attorney, hereby moves this Honorable Court for an

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

1

1  Order dismissing Information No. Cr. S-02-0099-JFM, only as to
2  defendant Donald Wayne Johnson filed in the above-entitled
3  matter.
4  DATED: September 28, 2005.

                                    McGregor W. Scott
                                    United States Attorney

                                By:/s/ MATTHEW C. STEGMAN
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

9  IT IS SO ORDERED:
10 DATED: October 11, 2005.

                         _____
                         UNITED STATES MAGISTRATE JUDGE

/johnson.mtd